2018R00574/JMM

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| v. | : | Criminal Number: 22- |
| | : | |
| MARIA BELL, | : | 18 U.S.C. § 2339C(c)(2)(A) |
| a/k/a "Maria Sue Bell" | : | 18 U.S.C. § 2339C(d)(2) |
| | : | 18 U.S.C. § 2 |

## INFORMATION

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

From in or about February 2018 through in or about November 2018, in the District of New Jersey and elsewhere, the defendant,

MARIA BELL,
a/k/a "Maria Sue Bell,"

did knowingly conceal and disguise the nature, location, source, ownership, and control of material support and resources, and funds, knowing and intending that the support and resources were provided to designated foreign terrorist organizations, namely Jabhat Fath al-Sham, also known as Jabhat Fateh al-Sham (JFS), and Hay'at Tahrir al-Sham (HTS), contrary to Title 18, United States Code, Section 2339B(a)(1).

In violation of Title 18, United States Code, Sections 2339C(c)(2)(A), 2339C(d)(2), and 2.

_____
PHILIP R. SELLINGER
United States Attorney

**CASE NUMBER: 22-**

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

v.

**MARIA BELL,
a/k/a
"MARIA SUE BELL"**

# INFORMATION FOR

**18 U.S.C. § 2339C(c)(2)(A)
18 U.S.C. § 2339C(d)(2)
18 U.S.C. § 2**

PHILIP R. SELLINGER
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

JOYCE M. MALLIET
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 645-2876