UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. John Michael Vazquez |
| | : | |
| v. | : | Crim. No. |
| MARIA BELL, | : | |
| a/k/a "Maria Sue Bell" | : | **WAIVER OF INDICTMENT** |

I, Maria Bell, the above-named defendant, who is charged with knowingly concealing and disguising the nature, location, source, ownership, and control of material support and resources, and funds, knowing and intending that the support and resources were provided to designated foreign terrorist organizations, namely Jabhat Fath al-Sham, also known as Jabhat Fateh al-Sham (JFS), and Hay'at Tahrir al-Sham (HTS), contrary to Title 18, United States Code, Section 2339B(a)(1), from in or about February 2018 through in or about November 2018, in violation of Title 18, United States Code, Sections 2339C(c)(2)(A), 2339C(d)(2), and 2, being advised of the charge, the proposed Information, and my rights, hereby waive in open court on _6/28/22_ [Date], prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Maria Bell
Defendant

Rahul Sharma, Esq.
Counsel for Defendant

Before: _____
HONORABLE John Michael Vazquez
United States District Judge