**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** 6/28/2022
**JUDGE:** JOHN MICHAEL VAZQUEZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**

**DOCKET #** 22-435

UNITED STATES OF AMERICA
        vs.

Maria Bell

**APPEARANCES:**

Joyce Malliet, AUSA
Rahul Sharma, AFPD for Defendant.
Defendant present by ZOOM video conferencing

**Nature of Proceedings**:     WAIVER OF INDICTMENT & PLEA

Defendant sworn.
Waiver of indictment filed.
INFORMATION filed.
PLEA:  GUILTY TO Count One of the information.
Terms of plea agreement read into the record.
Ordered plea agreement approved.
Ordered plea accepted.
Plea agreement to be entered.
Rule 11 filed.
Ordered sentencing set for 11/21/22 at 10:30 a.m.
Defendant to remain in the custody of the U.S. Marshal.

**Time Commenced: 12:00**
**Time Adjourned: 1:00**
**Total Time: 1:00**


                                            <u>RoseMarie Olivieri</u>
                                            SENIOR COURTROOM DEPUTY