UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Hon. John Michael Vazquez |
| v. : | |
| : | Crim. No. 22-435 |
| MARIA BELL, : | |
| a/k/a "Maria Sue Bell" : | |

## APPLICATION TO PERMIT ACCESS TO EXPERT FOR THE UNITED STATES TO ESSEX COUNTY CORRECTIONAL FACILITY FOR EVALUATION OF DEFENDANT

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this application for an order to allow the expert of the United States, Kostas A. Katsavdakis, Ph.D. ("Dr. Katsavdakis"), to meet in person with Defendant Maria Bell, a/k/a "Maria Sue Bell" ("Bell") at Essex County Correctional Facility ("ECCF").  In support of this application, the undersigned states the following:

1.   The sentencing of Bell is currently scheduled for January 11, 2023 before this Honorable Court.

2.   The United States has retained Dr. Katsavdakis to evaluate Bell in preparation for sentencing.

3.   The parties and Dr. Katsavdakis have agreed upon an evaluation date that will permit the sentencing to proceed as planned.

4.   ECCF and the United States Marshals Service require an order to permit a civilian visitor such as an expert witness to meet with an inmate.

Case 2:22-cr-00435-JMV   Document 49   Filed 11/07/22   Page 2 of 4 PageID: 303

WHEREFORE, it is respectfully requested that the Court issue an order permitting Kostas A. Katsavdakis, Ph.D. to meet with Bell at ECCF at the agreed upon evaluation date.

        Respectfully submitted,

        PHILIP R. SELLINGER
        United States Attorney

*[signature: Joyce M. Malliet]*

By:    Joyce M. Malliet
        Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. John Michael Vazquez |
| | : | |
| v. | : | Crim. No. 22-435 |
| | : | |
| MARIA BELL, | : | |
| a/k/a "Maria Sue Bell" | : | |

ORDER

This matter having come before the Court upon the application of the United States of America, Philip R. Sellinger, United States Attorney for the District of New Jersey (Joyce M. Malliet, Assistant U.S. Attorney, appearing), for an order permitting Kostas A. Katsavdakis, Ph.D. to meet with Maria Bell, a/k/a "Maria Sue Bell" ("Bell") at Essex County Correctional Facility ("ECCF"), the United States having retained Dr. Katsavdakis to evaluate Bell in preparation for sentencing, Bell being detained at ECCF, and ECCF and the United States Marshals Service having advised that an order from this Court is required for Dr. Katsavdakis to meet with Bell in person;

IT IS, on this __7th__ day of November, 2022,

ORDERED that the Essex County Correctional Facility and the United States Marshals Service permit Kostas A. Katsavdakis, Ph.D. to meet in person

with Maria Bell, a/k/a "Maria Sue Bell" at a time agreed upon by the parties and convenient to ECCF.

 

_____
HONORABLE JOHN MICHAEL VAZQUEZ
United States District Judge