UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Newark Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) Case No. 2:22-cr-435-JMV <br> ) |
| MARIA SUE BELL, | ) <br> ) |
| Defendant. | ) <br> ) |

**DEFENDANT'S SENTENCING SUBMISSION NOTICE**

Please take note that undersigned counsel has submitted sentencing materials to chambers and opposing counsel via email.

   /s/ Rahul Sharma, AFPD
Office of the Federal Public Defender
1002 Broad Street
Newark, NJ 07302
(973) 320-7350
Rahul_Sharma@fd.org