**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE**: 1/24/2023
**JUDGE:** JOHN MICHAEL VAZQUE/Z
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**  **DOCKET#** 22-435

UNITED STATES OF AMERICA

vs.

Maria Bell

**APPEARANCES:**

Joyce Malliet, AUSA
Rahul Sharma, AFPD for Defendant
Maryellyn Muller, Probation Officer
Defendant present

**Nature of Proceedings**: SENTENCING ON Count One

Imprisonment – 34 Months
Supervised Release – 5 years
Special conditions: computer monitoring, consent to search, mental health treatment.
Special Assessment - $100.00 due immediately.
Defendant advised of right to appeal.
Fine waived.
Defendant REMANDED to the custody of the USM.

**Time Commenced: 2:00**
**Time Adjourned: 4:30**
**Total Time: 2:30**

RoseMarie Olivieri
SENIOR COURTROOM DEPUTY